```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                              : NO. 10-MC-0057
                                    :
SOUTH CANAAN CELLULAR               : Bankruptcy No. 09-10473
INVESTMENTS, LLC and SOUTH          :
CANAAN CELLULAR EQUITY, LLC         : (Jointly Administered with
                                    :   Bankruptcy No. 09-10474)
_____
SOUTH CANAAN CELLULAR               :
INVESTMENTS, LLC and                : NO. 10-2122
SOUTH CANAAN CELLULAR EQUITY,       :
LLC                                 : (Adversary No. 09-00218)
        vs.                         :
                                    :
LACKAWAXEN TELECOM, INC. and        :
FRANK M. COUGHLIN                   :
```

**ORDER**

AND NOW, this 16th day of August, 2010, upon consideration of the Appeal of South Canaan Cellular Investments LLC and South Canaan Cellular Equity, LLC from the Memorandum and Report with Order and Recommendation issued by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania on March 25, 2010, it is hereby ORDERED that, for the reasons set forth in the preceding Memorandum Opinion, the said Order and Recommendation are AFFIRMED IN PART and REVERSED IN PART and these matters are REMANDED to the Bankruptcy Court with directions to that Court to enter an Order granting leave to the Debtors-Appellants to file an Amended Adversary Complaint within

fifteen (15) days.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,         J.